ECF

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 30 2004
U.S. COURT OF FEDERAL CLAIMS

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

04-1396C

**NOTICE OF DIRECTLY-RELATED CASES**

PLEASE TAKE NOTICE that on the 30th day of August, 2004, Plaintiff North Star Alaska Housing Corporation ("North Star") filed a three-count complaint against the United States of America ("Government") for breach of contract, breach of the duty of good faith and fair dealing, and a declaratory judgment arising out of a lease agreement ("Lease") between North Star Alaska and the Government for a 400-unit Army housing complex on Fort Wainwright, Alaska known as Birchwood Homes, which was entered into by virtue of the authority of 10 U.S.C. § 2828, as amended by Section 801 of Public Law 98-115 ("Section 801").

The instant Complaint involves the same Lease as three previous complaints filed by North Star in this Court against the Government. Those cases, *North Star Alaska Housing Corp. v. United States,* Civil Action Nos. 98-168C, 02-1632C, and 03-2699C, in the United States Court of Federal Claims, were assigned to Judge Allegra.

Dated: August 30, 2004

Respectfully Submitted,

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Directly-Related Cases was served first-class U.S. mail, postage pre-paid, and via hand delivery, this 30th day August, 2004 on:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

Paul W. Killian