IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1396C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Donald E. Kinner, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DONALD E. KINNER
national.courts@usdoj.gov
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

S/Donald E. Kinner
DONALD E. KINNER
Attorney
Commercial Litigation Branch
Civil Division
(202) 305-7562

Dated: September 24, 2004

CERTIFICATE OF FILING

I hereby certify that on this 24th, day of September, 2004. A copy of foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald E. Kinner