IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1396C<br>Judge Francis M. Allegra |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff North Star Alaska Housing Corporation ("North Star") hereby submits the following disclosures under Rule 26(a)(1) of the Rules of the Court of Federal Claims. North Star reserves its right to reasonably supplement and amend this disclosure statement.

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

North Star identifies the following individuals who may have discoverable information that North Star may use to support its claims or defenses. This information reflects information reasonably available to North Star at present. North Star reserves the right to supplement this information if additional or different information is obtained.

1. Richard Fischer, 937 Harvard Avenue East, Seattle, WA 98102
(206) 328-2000

Mr. Fischer is the president of North Star and is believed to have information respecting all claims which are subject to the instant litigation.

2. Rhonda Sekyra, 937 Harvard Avenue East, Seattle, WA 98102
(206) 328-2000

Ms. Sekyra is the treasurer of North Star and is believed to have information respecting all claims which are subject to the instant litigation.

3. Eldon Wartes, 1066 7th Infantry Division Loop, Fairbanks, AK 99703
(907) 356-1616

Mr. Wartes is the current site manager of North Star and is believed to have information respecting all claims which are subject to the instant litigation.

4. Debra Reese, 1066 7th Infantry Division Loop, Fairbanks, AK 99703
(907) 356-1616

Ms. Reese is the office administrator and is believed to have information respecting some aspects of the claims which are subject to the instant litigation.

5. John Ferrett, Polar Star, 2228 Chitina Ave., Eielson AFB, Alaska 99702
(907) 372-4701

Mr. Ferrett is the site manager at Polar Star and is believed to have information respecting how the Government administers the lease for a military family housing project on Eielson Air Force Base.

**(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

All non-privileged documents pertaining to the claims and defenses in this action will be made available for inspection and copying at North Star's facilities in Fairbanks, Alaska at a time mutually convenient to both parties.

**(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

At present, the full extent of the damages suffered by North Star is unknown as North Star continues to incur damages as a result of the Government's administration of the Birchwood Lease. North Star's theories of damages include, but are not limited to, the Government's actions to diminish the value of North Star's asset by refusing to authorize necessary maintenance; by wrongfully reducing North Star's rent based on erroneous downtime calculations; by wrongly assessing downtime against North Star; by misusing the acceptance inspection; by depriving the contracting officer's representative of independence; and by dealing with North Star in bad faith. The damages described herein are exclusive of punitive damages and costs and attorneys fees that may be awarded to North Star at the conclusion of this litigation.

DATED: January 3, 2005

Respectfully submitted,

s/ Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Initial Disclosures was served electronically on this 3rd day of December, 2005 upon:

Tim McIlmail, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

s/ Paul W. Killian

Paul W. Killian