IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-1396C<br>Judge Allegra |

**MOTION TO SUBSTITUTE ATTORNEY-OF-RECORD**

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, North Star Alaska Housing Corporation hereby moves that Scott M. Heimberg be substituted as Attorney-of-Record in place and instead of Paul W. Killian both of Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036. Mr. Heimberg is substituting as Attorney-of-Record for Mr. Killian only for purpose of participating in the conference with the Court being held on February 1, 2005, otherwise Mr. Killian will remain as Attorney-of-Record. Mr. Heimberg is a member in good standing of the United States Court of Federal Claims bar. This motion of substitution is consented to by Mr. Killian, as shown in the statement below. An affidavit of appointment executed by Mr. Heimberg is attached.

Dated: January 28, 2005.

Respectfully submitted,

s/ Scott M. Heimberg

Scott M. Heimberg
Newly-designated Attorney-of-Record
Akin Gump Strauss Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 887-4085
Fax: (202) 955-7623

I hereby endorse the substitution of counsel.

Dated: January 28, 2005. By: ___s/ Paul W. Killian________________

Paul W. Killian
Akin Gump Strauss Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 887-4031
Fax: (202) 887-4288