IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-1396C<br>Judge Allegra |

**AFFIDAVIT OF APPOINTMENT**

I, Scott M. Heimberg, declare under penalty of perjury that the statements below are true and correct.

1. My name is Scott M. Heimberg of Akin Gump Strauss Hauer & Feld, L.L.P. in Washington, D.C. I make this Affidavit of Appointment in support of the North Star Alaska Housing Corporation's (North Star) Motion to Substitute Attorney-of-Record.

2. I am a member in good standing of the United States Court of Federal Claims bar.

3. The current Attorney-of-Record for North Star in this case is Paul W. Killian, also of Akin Gump Strauss Hauer & Feld, L.L.P. in Washington, D.C.

6. Mr. Killian consents to North Star's motion to substitute myself as the Attorney-of-Record for the purpose of participating in the February 1, 2005 conference with the Court.

Dated: January 28, 2005

Respectfully submitted,

s/ Scott M. Heimberg

Scott M. Heimberg

Akin Gump Strauss Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 887-4085
Fax: (202) 955-7623