# In The United States Court of Federal Claims

Nos. 04-1396C & 05-930C

(Filed: March 20, 2007)

NORTH STAR ALASKA HOUSING CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 7, 2007, the court issued a sealed opinion in consolidated cases 98-168C, 02-1632C and 03-2699C. On or before May 18, 2007, the parties shall file a joint status report indicating how cases 04-1396C and 05-930C should proceed, with a proposed schedule as appropriate.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge