# In The United States Court of Federal Claims

Nos. 04-1396C & 05-930C

(Filed: June 27, 2007)

NORTH STAR ALASKA HOUSING CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 18, 2007, the parties filed a joint status report indicating that they are discussing the possibility of settlement in these consolidated cases, as well as the cases consolidated under No. 98-168C. The court encourages the parties to continue to work toward a global settlement.

On or before July 23, 2007, the parties shall file a joint status report detailing any progress made towards settlement for both the above captioned cases and the cases consolidated under No. 98-168C. The parties shall continue to file joint status reports every 28 days thereafter. These reports shall be filed under case No. 98-168C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge