# In The United States Court of Federal Claims

Nos. 04-1396C, 05-930C

(Filed: September 26, 2007)

NORTH STAR ALASKA HOUSING CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 26, 2007, the parties filed a joint motion to dismiss with prejudice certain claims in the above cases.

Pursuant to this joint motion to dismiss, the court hereby orders the clerk, pursuant to RCFC 54(b), there being no just reason for delay, to dismiss the following claims:

1. the claims set forth in ¶¶ 76-105 of the complaint in Case No. 04-1396C (Fed. Cl.), and all "diminution in value" claims otherwise set forth in the complaint in Case No. 04-1396C (Fed. Cl.);

2. the claims set forth in ¶¶ 54-58 and 74-78 of the complaint in Case No. 05-930C (Fed. Cl.), and all "diminution in value" claims otherwise set forth in the complaint in Case No. 05-930C (Fed. Cl.), including those set forth in ¶¶ 81, 85, and at page 16 ¶ A.

Both parties are to bear their own fees, expenses, and costs.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge