# In the United States Court of Federal Claims

**Nos. 04-1396 C & 05-930 C**

**NORTH STAR ALASKA HOUSING CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed September 26, 2007, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the following claims are dismissed:

1. The claims set forth in ¶¶ 76-105 of the complaint in Case No. 04-1396C (Fed.Cl.) And all "diminution in value" claims otherwise set forth in the complaint in Case No. 04-1396C (Fed.Cl.);
2. The claims set forth in ¶¶ 54-58 and 74-78 of the complaint in Case No. 05-930C (Fed.Cl.), and all "diminution in value" claims otherwise set forth in the complaint in Case No. 05-930C (Fed.Cl.), including those set forth in ¶¶ 81,85, and at page 16 ¶A.

Both parties shall bear their own fees, expenses and costs.

Brian Bishop
Clerk of Court

**September 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of

all plaintiffs. Filing fee is $455.00.