IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Nos. 04-1396C |
| v. | ) | 05-930C |
| | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal of Case Nos. 04-1396C (Fed. Cl.) and 05-930C (Fed. Cl.), with prejudice, and with both parties to bear their own fees, expenses, and costs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

PAUL WESLEY KILLIAN
Akin, Gump, et al
1333 New Hampshire Ave., N.W.
Suite 400
Washington, DC 20036
Tel: (202) 887-4000

Attorney for Plaintiff

Date: September 26, 2007

OF COUNSEL
ANA-VALLI GORDON
Assistant District Counsel
United States Army Corps of Engineers
Galveston District

Attorneys for Defendant

September 13, 2007

Certificate of Filing

I hereby certify that on October 29, 2007, a copy of the foregoing Parties' Stipulation to Voluntary Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail